Case 10-10330   Document 25   Filed in TXSB on 05/06/10   Page 1 of 5



ENTERED
05/07/2010

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Bayside Capital, LLC, d/b/a Bay View Capital LLC, | § § § | Case No. 10-10330 |
| Debtor. | § § | Chapter 11 |

## INTERIM ORDER GRANTING AND CONDITIONING DEBTOR'S USE OF CASH COLLATERAL AND SETTING HEARING
### (S.D. Texas Standard Financing Order)

On May 3, 2010 Bayside Capital, LLC, d/b/a Bay View Capital LLC ("Debtor") filed a chapter 11 case along with a motion for use of cash collateral (the "Motion"). The Debtor filed and served a budget (the "Initial Budget") in accordance with the Court's Complex Chapter 11 Procedures. A hearing was held on this date to consider the Motion and financing pursuant to the Initial Budget.

The Debtor has shown that they are providing adequate protection for use of cash collateral by granting to their potentially Secured Creditors BBVA Compass Bank ("BBVA") and First National Bank, Edinburg ("FNBE"), a security interest in the Debtor's post-petition cash collateral assets with the same description, validity and priority as the pre-petition security interest claimed by BBVA and FNBE; Accordingly, the Court orders:

1.  The Debtor is permitted to use cash collateral pursuant to the budget attached as Exhibit "A" through June 7, 2010, subject to further orders of this Court.

2.  Each cash collateral secured creditor shall have a security interest in Debtor's post-petition assets with the same description, validity and priority as the pre-petition security interest held by that Secured Creditor; provided, however, all replacement liens shall have the same order of priority as among the Secured Creditors BBVA and FNBE, as well as among any other valid, enforceable liens against property of the estate, including ad valorem tax liens.

3.  Debtor shall report its use of cash collateral as follows: five (5) business days prior to the hearing set on the Permanent Finance Hearing through the close of business the week prior to the report.

4.  The Permanent Finance Hearing will be on *June 9* 2010 at *9:00* M. In Brownsville, Texas. The hearing will be conducted in accordance with the Complex Chapter 11 Procedures. Debtor must provide notice and file a certificate of service.

5.  Not less than three business days before the Permanent Finance Hearing, Debtor must file and serve the budget to be considered at the Permanent Finance Hearing. Service must be made in accordance with the Complex Chapter 11 Procedures.

DATED: May *6*, 2010.

THE HONORABLE RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

**ORDER[1] SUBMITTED BY:**

**JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER, P.C.**
Shelby A. Jordan (Texas Bar No. 11016700)
Nathaniel Peter Holzer (Texas Bar No. 00793971)
Harlin C. Womble (Texas Bar No. 21880300)
500 North Shoreline Boulevard, Suite 900
Corpus Christi, Texas 78401
Telephone: 361.884.5678
Facsimile: 361.888.5555
**PROPOSED ATTORNEYS FOR**
**Bayside Capital, LLC, d/b/a Bay View Capital LLC**

---

[1] *See*, the Master Certificate Of Service Of First Day Motions, proposed Orders, Voluntary Petition, And List Of 20 Largest Unsecured Creditors filed in connection with all first day filings reflecting service on May 4, 2010.

Interim Order Granting Use Of Cash Collateral        Page 2

# EXHIBIT "A"
## Bayside Capital, LLC, d/b/a Bay View Capital LLC
### Debtor's 30-day Budget May 4, 2010 through May 31, 2010

| | 1-May-10 | | May 31 |
|---|---|---|---|
| **Amberjacks** | | | |
| Total Projected Revenues | | | $230,000 |
| **Percentage Rent Income** | | 18.00% | **$41,400** |
| **Jim's Pier - 209 W. Whiting** | | | |
| 209 West Whiting | | | |
| | Revenue | *Profit Margin* | |
| | Gas | 25% | $5,000 |
| | Merchandise | 40% | $20,000 |
| | Boat Slip Rental | | $1,800 |
| | Booking Fee | 10% | $4,000 |
| | Charters (Danny B) | 10% | $14,000 |
| | Licenses | 5% | $2,000 |
| | Room Rentals | 75% | $1,000 |
| | Sales Tax | 8.25% | $2,228 |
| | **Subtotal Revenue** | | $50,028 |
| | Electric | | $1,069 |
| | Water | | $600 |
| | Trash | | $265 |
| | Maintenance | | $2,000 |
| | Communications | | $295 |
| | Advertising | | $1,000 |
| | Labor and Salary | | $5,000 |
| | Booking Fee Cost | | $3,600 |
| | Gas | | $3,750 |
| | Merchandise Cost | | $12,000 |
| | Danny B | | $12,600 |
| | Licenses | | $1,900 |
| | Cable | | $175 |
| | Room Rental Commission | | $250 |
| | TABC License Cost | | $1,500 |
| | Sale Tax | | $2,228 |
| | Merchandise Inventory | | $11,000 |
| | **Subtotal Expenses** | | $59,231 |
| | **Income** | | ($9,204)* |

* This loss changes in June to an estimated **$6,890** profit.

| Fisherman's Wharf (Down Stairs) | | |
|---|---|---|
| Boat Slips | | $2,000 |
| **Sub Total Revenues** | | **$2,000** |
| | | |
| Maintenance | | $75 |
| | | |
| **Income** | | **$1,925** |
| | | |
| Fisherman's Wharf Apts - 211 W Swordfish | | |
| Unit #1 | | $0 |
| Unit #2 | | $0 |
| Unit #3 | | $650 |
| Unit #4 | | $0 |
| Unit #5 | | $575 |
| Unit #6 | | $550 |
| Unit #7 | | $550 |
| Unit #8 | | $550 |
| **Subtotal - Fisherman's Wharf Apartments** | | $2,875 |
| | | |
| Water | | $80 |
| Electric | | |
| Maintenance | | $100 |
| | | |
| **Expenses** | | $180 |
| **Income** | | **$2,695** |

| Steamers | | |
|---|---|---|
| Base Lease | | $2,000 |
| Override | | $4,500 |
| | | |
| Income | | **$6,500** |
| Laguna Apartments - 201 West Swordfish | | |
| Income | | **$2,500** |

| | |
|---|---|
| **Subtotal NOI** | **$45,816** |
| GLO Leases | $0 |
| Professional Services | $12,500 |
| Salaries/Wages | ~~$13,600~~ $5,000 |
| Travel Expenses | $0 |
| Insurance | $4,892 |
| Property Tax Accrual | $0 |
| **TOTAL NOI** | **$14,824** |