IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| In Re: § <br> § Case No. 10-10330 <br> Bayside Capital, LLC d/b/a Bay View § <br> Capital, LLC § Chapter 11 <br> and § Jointly Administered <br> Cornerstone at Glendale, LLC, § <br>     Debtors. § | |

### NOTICE OF PROPOSED CASH COLLATERAL BUDGET

PLEASE TAKE NOTICE that Bayside Capital, LLC d/b/a Bay View Capital, LLC, one of the above Debtors, as Debtor in Possession ("Debtor") respectfully files the proposed Cash Collateral Budget, attached hereto as Exhibit A. The hearing on [Doc #8] Debtors' Motion for Order Authorizing Use of Cash Collateral is scheduled for June 9, 2010, at 9:00 a.m. in Brownsville, Texas.

Dated: June 3, 2010.

                                            Respectfully submitted,

                                            **JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER, P.C.**

                                            */s/ Shelby A. Jordan*
                                            Shelby A. Jordan (Texas Bar No. 11016700)
                                            Nathaniel Peter Holzer (Texas Bar No. 00793971)
                                            Harlin C. Womble (Texas Bar No. 21880300)
                                            500 North Shoreline Boulevard, Suite 900
                                            Corpus Christi, Texas 78401-0341
                                            Telephone: 361.884.5678
                                            Facsimile: 361.888.5555
                                            **ATTORNEYS FOR DEBTORS**

## CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2010, a true and correct copy of the foregoing was served on the parties on the attached service list by ecf notice and/or by US First Class mail.

*/s/ Shelby A. Jordan*
Shelby A. Jordan

Bayside Capital, LLC
Cornerstone at Glendale, LLC
P. O. Box 5061
Carefree  AZ  85377

United States Trustee
515 Rusk, Suite 3516
Houston  TX  77002

Barbara C. Jue
U.S. Trustee
606 N. Carancahua, Suite 1107
Corpus Christi  TX  78476

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 21126
Philadelphia  PA  19114

Texas Workforce Commisson
Bankruptcy Unit, Room 556
101 E. 15th Street
Austin  TX  78778-1001

Cameron County Tax Assessor
Tony Yzaguirre, Jr.
P. O. Box 952
Brownsville  TX  78522

Cardenas Development
1603 E. Price Road
Brownsville  TX  78521

Compass Bank
900 Conway
Mission  TX  78572

First National Bank
100 W. Cano
Edinburg  TX  78539

Point Isabel ISD Tax Office
101 Port Road
Port Isabel  TX  78578

Texas Comptroller of Public Accounts
Revenue Acctg/Bankruptcy Section
P. O. Box 13528
Austin  TX  78711

Texas General Land Office
P. O. Box 12873
Austin  TX  78711

Archuleta County Tax Assessor
P. O. Box 1089
Pagosa Springs  CO  81147

El Paso County Tax Assessor
27 E. Vermijo Ave., 2nd Floor
Colorado Springs  CO  80903-2208

Zeev Tafel
c/o Thomas J. Huebner
P. O. Box 40154
South Padre Island  TX  78597

5G Studio Collaborative
311 N. Market St. #230
Dallas  TX  75202

Admiral Linen
2121` N. 77 Sunhine St.
Harlingen  TX  78550

Bonnett, Fairbourne, Friedman & Balint, PC
2901 N. Central, Suie 1000
Phoenix  AZ  85012

CTCR Solutions
1011 W. Harrison
Harlingen  TX  78550

Franke Inc. Rentals
8605 Padre Blvd.
South Padre Island  TX  78597

Freedman FoodSrv
Dept. 26, Box 1066
Houston  TX  77251-1066

Humphreys & Partners
5339 Alpha Rd
Dallas  TX  75240

Hunton & Williams
1445 Ross Ave., #3700
Dallas  TX  75002-2799

Lamar Companies
P. O. Box 96030
Baton Rouge  LA  70896

Marine Electric Service
P. O. Box 397
Port Isabel  TX  78578

Marine Salvage & Services
Box 416
Port Isabel  TX  78578

Nicho Produce Co.
P. O. Box 1136
Edinburg  TX  78540

Oak Farms - San Antonio
P. O. Box 200349
Dallas  TX  75230-0349

Port Isabel Press
Box 308
Port Isabel  TX  78578

Roerig Oliviera & Fisher
855 W. Price Rd., #9
Brownsville  TX  78520

| | | |
|---|---|---|
| Sysco San Antonio<br>P. O. Box 18364<br>San Antonio  TX  78218 | The Monitor<br>P. O. Box 3267<br>McAllen  TX  78502 | Hino Gas Sales, Inc.<br>P. O. Box 1910<br>Harlingen  TX  78551 |
| Terminex<br>8002 Westway Drive<br>Harlingen  TX  78552 | Diann M. Bartek<br>Cox Smith Matthews, Inc.<br>Suite 1800, 112 E. Pecan Street<br>San Antonio  TX  78205-1521 | Michael Massad<br>Winstead PC<br>5400 Renaissance Tower<br>1201 Elm Street<br>Dallas  TX  75270 |
| Andrew K. Rozell<br>Law Office of Andrew K. Rozell<br>323 E. Jackson Street<br>Harlingen  TX  78550 | Diane Sanders<br>Linebarger Goggan Blair Sampson<br>P.O. Box 17428<br>Austin  TX  78760-7428 | Kurt Stephen<br>Cardenas, Whitis & Stephen, LLP<br>100 South Bicentennial<br>McAllen  TX  78501-7050 |
| John Stern<br>Assistant Attorney General<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin  TX  78711-2548 | M. Andrew Stewart<br>Mullin Hoard & Brown, LLP<br>P.O. Box 2585<br>Lubbock  TX  79408-2585 | Steve  Turner<br>Barrett Daffin Frappier Turner & Engel LLP<br>610 West 5th Street, Suite 602<br>Austin  TX  78701 |