B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Texas Brownsville Division

In re **Bayside Capital, LLC**, Debtor

Case No. **10-10330**

Chapter **11**

## SUMMARY OF SCHEDULES - FIRST AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 16,434,223.44 | | |
| B - Personal Property | Yes | 4 | 1,412,333.10 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 15,722,983.02 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 17,505.46 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 2,522,551.17 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 17,846,556.54 | | |
| Total Liabilities | | | | 18,263,039.65 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Bayside Capital, LLC**  ,   Case No.   **10-10330**
Debtor

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**5G Studio Collaborative**<br>**311 N. Market St., #230**<br>**Dallas, TX 75202** | | - | **Architecture services** | | | | 25,314.98 |
| Account No. **Customer #7006**<br><br>**Ace Hardware-Padre Island**<br>**c/o Asbury Enterprises, LLC**<br>**723 W. 9th St.**<br>**Rockport, TX 78382** | | - | **2010**<br>**Goods and/or Services for Amberjacks** | | | | 63.05 |
| Account No. **Amberjacks**<br><br>**Admiral Linen**<br>**2121 N. 77 Sunshine St.**<br>**Harlingen, TX 78550** | | - | **Goods and/or Services** | | | | 1,489.97 |
| Account No. **3-0863-0011615**<br><br>**Allied Waste Servcies #863**<br>**P.O. Box 78829**<br>**Phoenix, AZ 85062** | | - | **2010**<br>**Waste disposal services for 209 W. Whiting** | | | | 290.23 |

__14__ continuation sheets attached

Subtotal (Total of this page)   27,158.23

B6F (Official Form 6F) (12/07) - Cont.

In re **Bayside Capital, LLC**
                              Debtor

Case No. __10-10330__

## FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3-0863-0078469<br><br>Allied Waste Servcies #863<br>P.O. Box 78829<br>Phoenix, AZ 85062 | | - | 2010<br>Waste disposal services for Amberjacks Bar & Grill | | | | 470.16 |
| Account No. Jim's Pier<br><br>Arenas, Ricardo<br>1818 Oklahoma Ave.<br>Port Isabel, TX 78578 | | - | Web design | | | | 850.00 |
| Account No.<br><br>Bonnett Fairbourn, Friedman & Balint, PC<br>2901 N. Central, Suite 1000<br>Phoenix, AZ 85012 | | - | Legal fees | | | | 10,950.13 |
| Account No.<br><br>Casa Grande Capital, LLC<br>P.O.Box 5061<br>Carefree, AZ 85377 | | - | Intercompany loan | | | | 208,937.50 |
| Account No.<br><br>Centenial Corp. Center, LLC<br>P.O. Box 5061<br>Carefree, AZ 85377 | | - | Intercompany loan | | | | 213,000.00 |
| Sheet no. __1__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 434,207.79 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bayside Capital, LLC**                                    Case No.  **10-10330**
                                    Debtor

## FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Cintas <br> 700 Dawson Road <br> Mercedes, TX 78570 | | - | Linens | | | | 391.13 |
| Account No. <br><br> City Bank <br> 7800 Preston Road, Suite 201 <br> Plano, TX 75024 | | - | Claims made in Cause No. 417-01311-2010; City Bank v. Bayside Captial, LLC and Douglas A. Dragoo, in the 417th District Court of Collin County, TX | X | X | X | 200,000.00 |
| Account No. <br><br> Michael Hicks <br> Mullin Hoard & Brown, LLP <br> P.O. Box 2585 <br> Lubbock, TX 79408-2585 | | | Notification for: <br> City Bank | | | | Notice Only |
| Account No. <br><br> Continental Adjusters <br> 8235 Douglas Avenue, #106 <br> Dallas, TX 75225 | | - | Claims in Cause No. DC-09-15001; Contintental Adjusters v. Lance Mullins and Bayside Capital, LLC, In the 192nd District Court of Dallas County, TX | X | X | X | 81,588.87 |
| Account No. <br><br> Steven Lockhart <br> Gardere Wynne Sewell <br> 1601 Elm Street, Ste. 3000 <br> Dallas, TX 75201 | | | Notification for: <br> Continental Adjusters | | | | Notice Only |

Sheet no. **2** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **281,980.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bayside Capital, LLC**  
                            Debtor

Case No. __10-10330__

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Cornerstone at Glendale, LLC<br>P.O. Box 5061<br>Carefree, AZ 85377 | | - | Intercompany loan | | | | 193,958.79 |
| Account No.<br><br>Crimson Canyon, LLC<br>P.O. Box 5061<br>Carefree, AZ 85377 | | - | Intercompany loan | | | | 10,155.00 |
| Account No.<br><br>CTCR Solutions<br>1011 W. Harrison<br>Harlingen, TX 78550 | | - | Cash register services | | | | 2,374.99 |
| Account No. 90993<br><br>Culligan<br>P.O. Box 1029<br>San Benito, TX 78586 | | - | Water softener | | | | 349.20 |
| Account No.<br><br>Del Mar Distributing Co.<br>P.O. Box 270300<br>Corpus Christi, TX 78427 | | - | Fish bait | | | | 2,769.46 |

Sheet no. __3__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **209,607.44**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bayside Capital, LLC** , Case No. **10-10330**
Debtor

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Douglas A. Dragoo<br>P.O. Box 5061<br>Carefree, AZ 85377-5061 | | - | Intercompany loan | | | | 113,435.38 |
| Account No. Invoice #2136122<br><br>Ecolab<br>P.O. Box 70343<br>Chicago, IL 60673-0343 | | - | 2010<br>Dishwashing machine rental | | | | 147.24 |
| Account No. AMBE0036-0001<br><br>Ecolab Pest Elimination<br>P.O. Box 6007<br>Grand Forks, ND 58206-6007 | | - | Pest elimination | | | | 541.25 |
| Account No.<br><br>Franke Inc. Rentals<br>8605 Padre Blvd.<br>South Padre Island, TX 78597 | | - | Property management | | | | 6,107.89 |
| Account No. 036451<br><br>Freedman FoodSrv<br>Dept. 26, Box 1066<br>Houston, TX 77251-1066 | | - | Meats | | | | 7,489.26 |

Sheet no. **4** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **127,721.02**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bayside Capital, LLC**,  
Debtor

Case No. __10-10330__

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1127<br><br>Freshpoint<br>P.O. Box 14544<br>Austin, TX 78761 | | - | Fresh produce | | | | 844.26 |
| Account No.<br><br>Gary Shoemaker Joel Moore Group, Inc.<br>JMG Inc.<br>10003 Meadow Lake Lane<br>Houston, TX 77042 | | - | Claims made in Cause No. 2009-40176; Gary Shoemaker and Joel Moore Group, Inc. v. William Lance Mullins, et al; In the 165th Judicial District Court of Harris County, TX | X | X | X | 27,151.92 |
| Account No.<br><br>Matt Childs<br>Tekell, Book, Allen & Morris<br>1221 McKinney, Suite 4300<br>Houston, TX 77010 | | | Notification for:<br>Gary Shoemaker Joel Moore Group, Inc. | | | | Notice Only |
| Account No.<br><br>GE Capital<br>Box 31001-0497<br>Pasadena, CA 91110-0497 | | - | Copy machine | | | | 1,272.30 |
| Account No.<br><br>Golden Opportunity Funds, LLC<br>P.O. Box 5061<br>Carefree, AZ 85377 | | - | Intercompany loan | | | | 220,206.62 |

Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  249,475.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bayside Capital, LLC**  
                Debtor

Case No. __10-10330__

## FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Cust #: 01/0004017950<br><br>Gulf Coast Paper Co.<br>635 Billy Mitchell Blvd.<br>Brownsville, TX 78521 | - | | Paper products | | | | 999.12 |
| Account No. 0001106<br><br>Hino Electric Power Company<br>2759 W. Bus. 83<br>Harlingen, TX 78552 | - | | 2010<br>Electricity for 209 W. Whiting | | | | 1,068.82 |
| Account No.<br><br>Hino Gas Sales Inc.<br>P.O. Box 1910<br>Harlingen, TX 78551 | - | | Fuel | | | | 6,169.16 |
| Account No.<br><br>Hollowbrook Capital, LLC<br>P.O. Box 5061<br>Carefree, AZ 85377 | - | | Intercompany loan | | | | 30,838.45 |
| Account No.<br><br>Humphreys & Partners<br>5339 Alpha Rd.<br>Dallas, TX 75240 | - | | Architecture services | | | | 9,303.27 |
| Sheet no. __6__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 48,378.82 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Bayside Capital, LLC**, Case No. **10-10330**
Debtor

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hunton & Williams<br>1445 Ross Ave, #3700<br>Dallas, TX 75202-2799 | | - | Legal fees | | | | 54,465.72 |
| Account No.<br><br>I-17 Partners, LLC<br>P.O. Box 5061<br>Carefree, AZ 85377 | | - | Intercompany loan | | | | 1,200.00 |
| Account No.<br><br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | - | Required notice only | | | | 0.00 |
| Account No. Amberjacks/Inv 2009-9546<br><br>J&L A/C & Refrigeration<br>P.O. Box 13180<br>Port Isabel, TX 78578 | | - | Repair | | | | 324.62 |
| Account No. Invoice #324<br><br>Keep'n It Reel<br>20101 Lawson Lane<br>Huntington Beach, CA 92646 | | - | 3/26/2010<br>Goods and/or Services | | | | 1,526.00 |
| Sheet no. 7 of 14 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal<br>(Total of this page) | 57,516.34 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Bayside Capital, LLC**, Debtor

Case No. **10-10330**

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 17-4816-09 <br><br> Laguna Madre Water District <br> 105 Port Road <br> Port Isabel, TX 78578-4228 | | - | Water for 211 W. Swordfish | | | | 65.75 |
| Account No. 17-4803-06 <br><br> Laguna Madre Water District <br> 105 Port Road <br> Port Isabel, TX 78578-4228 | | - | Water for 209 W. Whiting | | | | 110.54 |
| Account No. 0001-Amberjacks <br><br> Lamar Companies <br> P.O. Box 96030 <br> Baton Rouge, LA 70896 | | - | Advertising | | | | 2,657.07 |
| Account No. <br><br> Marine Electric Service <br> P.O. Box 397 <br> Port Isabel, TX 78578 | | - | Electrical services | | | | 3,191.10 |
| Account No. 101011 re: First National Bank <br><br> Mathews & Willis, PC <br> 1650 Paredes Line Rd., Suite 102 <br> Brownsville, TX 78521 | | - | Legal Fees | | | | 5,075.95 |

Sheet no. **8** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **11,100.41**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bayside Capital, LLC**                                  Case No.  **10-10330**
                          Debtor

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. MB0334 (Amberjacks)<br><br>Nevill<br>1305 W. Beltline Rd., #320<br>Carrollton, TX 75006 | | - | Copier supplies | | | | 563.76 |
| Account No.<br><br>Nicho Produce Co.<br>P.O. Box 1136<br>Edinburg, TX 78540 | | - | Produce | | | | 4,816.39 |
| Account No.<br><br>Nuco2<br>P.O. Box 9011<br>Stuart, FL 34995 | X | - | Goods and/or Services | | | | 152.50 |
| Account No. 566317<br><br>Oak Farms - San Antonio<br>P.O. Box 200349<br>Dallas, TX 75320-0349 | | - | Food | | | | 2,009.85 |
| Account No. Invoice #334<br><br>Octavio's Remodeling & Glass<br>P.O.Box 1245<br>Port Isabel, TX 78578 | | - | 4/15/2010<br>Goods and/or Services | | | | 275.00 |

Sheet no. **9** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **7,817.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bayside Capital, LLC**, Case No. **10-10330**
Debtor

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Paragon Properties Ltd., Inc.<br>P.O. Box 5061<br>Carefree, AZ 85377 | | - | Intercompany loan (commission) | | | | 500,000.00 |
| Account No.<br><br>Paragon Properties Ltd., Inc.<br>P.O. Box 5061<br>Carefree, AZ 85377 | | - | Intercompany loan (other) | | | | 54,000.00 |
| Account No.<br><br>Patriot Partner, LLC<br>P.O. Box 5061<br>Carefree, AZ 85377 | | - | Intercompany loan | | | | 58,500.00 |
| Account No.<br><br>Pepper's Performance Eyeware<br>3001 Pulawski Way<br>Pittsburgh, PA 15219 | | - | Merchandise | | | | 475.87 |
| Account No.<br><br>Port Isabel Press<br>Box 308<br>Port Isabel, TX 78578 | | - | Advertising | | | | 8,878.19 |

Sheet no. **10** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **621,854.06**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bayside Capital, LLC** , Case No. **10-10330**
Debtor

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Inv #s 14711 & 14774** <br><br> **Printa Image** <br> **2494 Central Blvd, Suite H** <br> **Brownsville, TX 78520** | | - | **For Jim's Pier** | | | | 86.60 |
| Account No. **105000** <br><br> **Prosound, Inc.-Muzak** <br> **P.O. Box 3456** <br> **Harlingen, TX 78551** | | - | **Dish audio** | | | | 522.83 |
| Account No. **Amberjacks** <br><br> **Reliable Electric Company** <br> **501 W. South Shore** <br> **Port Isabel, TX 78578** | | - | **Electrical repair** | | | | 680.98 |
| Account No. <br><br> **Reliance Financial, Inc.** <br> **P.O. Box 5061** <br> **Carefree, AZ 85377** | | - | **Intercompany loan** | | | | 18,900.00 |
| Account No. <br><br> **Roerig Oliviera & Fisher** <br> **855 W. Price Rd, #9** <br> **Brownsville, TX 78520** | | - | **Legal fees** | | | | 10,576.87 |

Sheet no. **11** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **30,767.28**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bayside Capital, LLC**  
                      Debtor

Case No. **10-10330**

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Southwest Holdings of Colorado Springs, LLC<br>P.O. Box 5061<br>Carefree, AZ 85377 | | - | Intercompany loan | | | | 89,000.00 |
| Account No.<br><br>Specialty Restoration of Texas<br>Attn: Wayne Redding<br>P.O. Box 7103<br>Waco, TX 76714 | | - | | | X | X | 100,000.00 |
| Account No. 996603<br><br>Sysco San Antonio<br>P.O. Box 18364<br>San Antonio, TX 78218 | | - | Food | | | | 39,969.75 |
| Account No. 6120422<br><br>Terminex<br>8002 Westway Drive<br>Harlingen, TX 78552 | | - | Pest control | | | | 1,071.66 |
| Account No.<br><br>Nationwide Credit, Inc.<br>P.O. Box 740640<br>Atlanta, GA 30374-0640 | | | Notification for:<br>Terminex | | | | Notice Only |

Sheet no. **12** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **230,041.41**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bayside Capital, LLC**  , Case No. __10-10330__
Debtor

## FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. C000021873<br><br>Texas General Land Office<br>P.O. Box 12873<br>Austin, TX 78711 | | - | Lease of Marina | | | | 10,428.00 |
| Account No. C000021886<br><br>Texas General Land Office<br>Box 12873<br>Austin, TX 78711 | | - | Fee/rent | | | | 30,000.00 |
| Account No.<br><br>Texas Workforce Commission<br>Bankruptcy Unit, Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 | | - | Required notice only | | | | 0.00 |
| Account No.<br><br>The Monitor<br>P.O. Box 3267<br>McAllen, TX 78502 | | - | Advertising | | | | 5,284.00 |
| Account No. 262860240142805<br><br>Time Warner Cable<br>P.O. Box 650047<br>Dallas, TX 75625-0047 | | - | Cable for Laguna Apartments | | | | 783.83 |

Sheet no. __13__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  46,495.83

B6F (Official Form 6F) (12/07) - Cont.

In re **Bayside Capital, LLC**, Case No. **10-10330**
Debtor

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Credit Management, LP<br>Collection Agent for Time Warner Cable<br>4200 International Parkway<br>Carrollton, TX 75007-1906 | | | Notification for:<br>Time Warner Cable | | | | Notice Only |
| Account No.<br>Washington Capital Partnership, LLLP<br>P.O. Box 5061<br>Carefree, AZ 85377 | | - | Intercompany loan | | | | 111,000.00 |
| Account No. Amberjacks<br>WelcomeLinks Mktg<br>CutomerEclub<br>2783 Martin Rd., #334<br>Dublin, OH 43017-2094 | | - | Web design | | | | 63.89 |
| Account No. 1031062<br>White Lumber & Supply<br>P.O. Box Q<br>927 S. Garcia St.<br>Port Isabel, TX 78578 | | - | Goods and/or Services | | | | 530.15 |
| Account No.<br>Winstead PC<br>5400 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX 75270 | | - | Legal fees | | | | 26,835.90 |

Sheet no. **14** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **138,429.94**

Total (Report on Summary of Schedules) **2,522,551.17**

B6 Declaration (Official Form 6 - Declaration). (12/07)

**United States Bankruptcy Court**
**Southern District of Texas Brownsville Division**

In re  **Bayside Capital, LLC**                                            Case No.  **10-10330**
                              Debtor(s)                                     Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - <u>FIRST AMENDED</u>

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 8, 2010**                    Signature  **/s/ Douglas A. Dragoo**
                                                      **Douglas A. Dragoo**
                                                      **Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                            18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                      Best Case Bankruptcy